STATE OF OREGON,
*Petitioner on Review,*

*v.*

SAMUEL ROBERT RUDDER,
*Respondent on Review.*

(DC 93NB1223; CA A82625; SC S42827)

929 P2d 1009

Jonathan H. Fussner, Assistant Attorney General, Salem, filed the petition for petitioner on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Webb*, 324 Or 380, 927 P2d 79 (1996).

** Kulongoski, J., did not participate in the consideration or decision of this case.